IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRECISION INDUSTRIES, INC. ) | |
| ) | NO. 8:04CV129 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| EATON HYDRAULICS, INC., ) | |
| ) | |
| Defendant. ) | |

    This matter comes before the Court upon the parties' Joint Motion and Stipulation for Dismissal of these proceedings with prejudice. The Court finds that the Joint Motion and Stipulation for Dismissal should be granted.

    IT IS HEREBY ORDERED, that the Complaint is dismissed with prejudice and the Counterclaim of the Defendant is dismissed with prejudice, and each party shall bear its own costs and fees.

    Dated this 20th day of June 2005.

                              BY THE COURT:

                              s/ William Jay Riley
                              United States Circuit Judge
                              (Sitting by Designation)